**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00626-CMA-MEH

BRYAN ZUPANCIC,
JAMES SALAZAR, and
DEBBIE SALAZAR,

      Plaintiffs,

v.

RIGHT-A-WAY APPLICATORS, INC.,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

      Pursuant to and in accordance with the Notice of Settlement and Dismissal of Claims (Doc. #19), signed by the attorneys for the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

      DATED:  March 28, 2016

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Court Judge